IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BERNARD WHITE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

CASE NO. 1D14-4298

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed March 8, 2016.

An appeal from the Circuit Court for Duval County.
Mallory D. Cooper, Judge.

Nancy A. Daniels, Public Defender, and Glen P. Gifford, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Thomas H. Duffy, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED. See Kelsey v. State, 40 Fla. L. Weekly D1291 (Fla. 1st DCA May 29, 2015), rev. granted, No. SC15-2079 (Fla. Nov. 19, 2015).

ROBERTS, C.J., SWANSON, and KELSEY, JJ., CONCUR.